FILED
FEB 25 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

RECEIVED
FEB 25 2020
BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

*(Write the full name of the plaintiff in this action. Include prisoner registration number.)*

David LEE Buckler
# 1008292

v.

Sadie Ducheck, corrections officer I
Stan Payne et. al.
Warden

*(Write the full name of each defendant. The caption must include the names of all of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)*

**4:20CV00319 SEP**

Plaintiff Requests Trial by Jury
☒ Yes    ☐ No

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the $400.00 filing fee or an application to proceed without prepayment of fees and costs.*

I. The Parties to this Complaint

A. The Plaintiff

Name: David LEE Buckler

Other names you have used: N/A

Prisoner Registration Number: 1008292

Current Institution: Southeast Correctional Center

Indicate your prisoner status:

- [ ] Pretrial detainee
- [x] Convicted and sentenced state prisoner
- [ ] Civilly committed detainee
- [ ] Convicted and sentenced federal prisoner
- [ ] Immigration detainee
- [ ] Other (explain): _____

B. The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

**Defendant 1**

Name: Stan Payne

Job or Title: Warden at ERDCC

Badge/Shield Number: N/A

Employer: Missouri Department of Corrections

Address: ERDCC 2727 Hwy K, Bonne Terre, MO. 63628

[x] Individual Capacity   [x] Official Capacity

2

Defendant 2

Name: Sadie Ducheck

Job or Title: Corrections officer I

Badge/Shield Number: E0142520

Employer: Missouri Department of Corrections

Address: ERDCC 2727 Hwy K, Bonne Terre, mo. 63628

☒ Individual Capacity    ☒ Official Capacity

## II. Statement of Claim

Type, or neatly print, a short and plain statement of the FACTS that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

See attached pages 4.1 - 4.5

3

See Attached pages

4.1 - 4.5

### III. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I suffered minior burning of the eyes, left side of face and body. I was treated by medical and was placed in the shower to wash OC off of my person. Since then I have suffered emotional distress, P.T.S.D and my anxiety has gotten worst.

4

(Continued from Pages 3 and 4 II. Statement of Claim)

1) At all times relevant to this case, Plaintiff David LEE Buckler, was an inmate at Eastern Reception Diagnostic Correctional Center (ERDCC), assigned to housing unit two, (which is a secure housing unit)(which houses Administrative Segregation Inmates). Plaintiff was housed in this unit in 2-C-218.

2) On March 25th, 2019, Defendant Sadie Ducheck was conducting routine duties, which includes collecting Certified Religious Diet (CRD) trash and morning food trays.

3) The Defendent comes to Plaintiff's cell and collected his and his cellmates CRD trash, and shuts and locks his food port.

4) While Defendent Ducheck was at the next cell to the Plaintiff (2-C-217), Plaintiff asked about his prescribed medical snack bags, (which he is supposed to get at the morning meal to take with his meds through out the day). Ducheck stated: "You forfeited your snack bags. When you talked shit about me all night after two inmates grabbing my buttocks taking them from the shower back to their cells."

5) When Ducheck made that comment and accusations, Plaintiff then stated that he was not laughing at her nor was he condoning what happen to her and that she was wrong trying to refuse him his snack bags and that he wanted to talk to a housing unit Sergeant.

B.1

Case: 4:20-cv-00319-SEP    Doc. #: 1    Filed: 02/25/20    Page: 6 of 15 PageID #: 6

(continued from II. Statement of Claim)

6) Plaintiff was standing at his cell door looking out his window, when he noticed Ducheck coming towards his cell from 2-C-217 taking out her OC pepper spray can out of its holster and stated: "I'm not getting you no white shirt (Sergeant)."

7) Defendant Ducheck then stops in front of Plaintiff's cell and gets on her radio and looks at Plaintiff. She then steps forward and removes the padlock from Plaintiff's food port and opens the food port and steps back from Plaintiff's door. At that time Plaintiff takes his T-shirt off and drapes it in front of his side of the food port so if she decides to use her OC spray, it won't get on the Plaintiff's person. At no time did the Plaintiff ever block or obstruct the food port so that it could not be closed or secured, and the video will show this to be true.

8) Ducheck then stepped forward and stuck her hand and arm into and through the food port opening moving the T-shirt that Plaintiff draped in front of his side of the food port opening, and started applying her OC pepper spray, spraying Plaintiff in his left side of his face and eye and left side of his torso. Plaintiff started hollering and screaming for Ducheck to stop spraying him.

4.2

(continued from II. Statement of Claim)

9) When Plaintiff turned around to try to get to the sink, he noticed Defendent Ducheck pulling her hand and arm out of the food port, (which at this time she hit her wrist on the inside of the food port causing her to lose the OC spray can in Plaintiff's cell) and closed the food port and put the pad lock back on the food port.

10) While Plaintiff was attempting to wash the OC pepper spray out of his eye, he notice the OC can and reached down to pick it up. When Plaintiff stood up, Corrections officer II Carver was at his door window. Plaintiff's cell door then comes open and COII Carver tells him and his cellmate to get up against the wall which they both did.

11) COII Carver and COI Phillips escorted Plaintiff and his cellmate down to the restraint bench.

12) Approximately twenty minutes later, Plaintiff was placed in the shower (after medical seen him) to wash the OC pepper spray off his body and out of his eyes. And then him and his cellmate was placed back in their assigned cell 2-C-218.

13) Somewhere between 11:00am and 12:00pm of this same day of March 25, 2019, COII Carver and COI Ducheck comes to Plaintiff cell door with a conduct violation for a rule #2.1 Assault on staff, that COI Ducheck wrote.

4.3

(Continued from II Statement of Claim)

14) On or around March 29th 2019 Plaintiff was teamed on the #2.1 violation (that COI Ducheck wrote) by functional Unit Manager (Fum) and Lieutentant Fenton. While being teamed on this violation, the Lieutentant and Fum went into another office and reviewed the video and then returned and found the Plaintiff Not Guilty on the violation due to the video evedence showing that Plaintiff did no wrong nor did anything that COI Ducheck says he did. This clearly shows that Defendent Ducheck knowing and intentionally, falsified a conduct violation Report to try to cover her actions.

15) Defendent Ducheck assaulted Plaintiff with a cimical wepeon by useing OC pepper spray and vilated Plaintiff's rights under the Eight Amendment by using excessive force when it was not used in a good faith effort to maintain or restore oder, but instead was used to maliciousl, intentionally and sadistically cause harm.

16) Ducheck also vilates Plaintiff's Fourteenth Amendment equal protection clause of retaliating against Plaintiff when he asked to speak to a sergeant about her Actions in dening Plaintiff medical snack bags.

17) Defendent Ducheck's actions Intentionally inflicted emotional Distress up on Plaintiff.

18) Defendent Stand Payne was in charge of making

4.4

(Continued from II. Statement of Claim)
sure staff are conducting their selves in a professional manner at all times. He is the Warden of Eastern Reception Diagnostic Correctional Center and he is sued in his offical and individual capacity. Both defendents acted under the color of state law.

19) I seek compensatory damage in the amount of $10,000.00 and punitive damages in the amount of $20,000.00 agaisnt defendent Stand Payne for not making sure that his officers or staff conduct themseleves in a prossional manner. Also for not having criminal charges brought up on COI Sadie Ducheck in St. Francis County Bonne Terre, Mo.

4.5

IV. Relief

State briefly and precisely what you want the Court to do for you. Do not make legal arguments. Do not cite any cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages. I am seeking compensatory damages in the amount $25,000.00. I am also seeking punitive damages in the amount of $50,000.00. I seek these damages because Defendant Duchecks action where not in good faith Effort to maintain or restore displine, but instead was used to maliciously, intentionaly and Sadistically cause me harm and discomfornt.

V. Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

    A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

        [X] Yes      [ ] No

If yes, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s): Eastern Reception Diagnostic correctional center, located at: 2727 Hwy K, Bonne Terre, MO. 63628

    B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

        [X] Yes      [ ] No      [ ] Do not know

    C. If yes, does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

        [X] Yes      [ ] No      [ ] Do not know

5

If yes, which claim(s)? If I remember right, I do believe that my IRR, grievance and grievance appeal addressed all my claims.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes   ☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes   ☐ No

E. If you did file a grievance:

1. Where did you file the grievance? I filed my grievance at Southeast correctional center because I was transfered from ERDCC

2. What did you claim in your grievance? (Attach a copy of your grievance, if available) I had to explain why I was filing the grievance and that I wanted to exhaust my state remedies, and That, I wanted the Defendant (Ducheck) brought up on criminal charges for assault on an inmate.

3. What was the result, if any? (Attach a copy of any written response to your grievance, if available) They said the body of the IRR don't match the body of the grievance and that Another IRR stating the same claims was signed off on by me satificatiory, (see attached grievance and a Letter from: AOSA: Ruth Dodson

Note: Department of Corrections won't give me a copy of my IRR for this cause I can't pay for it.

6

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process.*)

I filed an grievance appeal (See Attached Appeal)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: I went through the grievance proceedure, but I also sent a letter to the ERDCC litigation department. (See response and letter attached)

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VI. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

    A. To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

        ☒ Yes      ☐ No

If yes, state which court dismissed your case and when it was dismissed. Attach a copy of the court's order, if possible. Eastern District of Missouri was dismissed some time in 2009 for failer to state a claim.

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

        ☐ Yes      ☒ No

    B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

    1. Parties to the previous lawsuit

        Plaintiff David Lee Buckler

        Defendant(s) Steve Larkins, Larry Short, unknown L.T., unknown caseworker

    2. Court (*if federal court, name the district; if state court, name the state and county*)

Eastren District of Missouri  Dismissed for failure to State a claim

    3. Docket or case number 4:09-CV-0821 CDP

    4. Name of Judge assigned to your case Don't Remember.

8

5. Approximate date of filing lawsuit  Sometime in 2009

6. Is the case still pending?

   ☐ Yes

   ☒ No (*If no, give the approximate date of disposition*): _____

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?) It was dismissed and judgment was in favor of defendants for failure to state a ~~good~~ claim

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ☒ Yes    ☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit

   Plaintiff David Buchler

   Defendant(s) Steve Larkins, Larry Short, David Ezersiki

2. Court (*if federal court, name the district; if state court, name the state and county*)

   Eastern District of Missouri

3. Docket or case number  4:09-CV-1728 CDP

4. Name of Judge assigned to your case  Don't Remember

5. Approximate date of filing lawsuit  Sometime in 2009

9

6. Is the case still pending?

    ☐ Yes

    ☒ No (*If no, give the approximate date of disposition*): _____

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?) Judgement for the Defendant. I appealed, but due to me having NO attorney to file the right papers, I did meet the deadlines and Lost.

## VII. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __19__ day of __February__, 20__20__.

Signature of Plaintiff _____

10